

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

TANIA JASMIN

CIVIL ACTION NO. 08-2906

VERSUS

JUDGE MELANÇON

CITY OF NEW YORK

## JUDGMENT OF DISMISSAL

As the parties amicably resolved this matter at the on the record status conference conducted this date, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without costs.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enforce this settlement.

**THUS DONE AND SIGNED** this 5th day of August, 2009 at Brooklyn, New York.

_____
Tucker L. Melançon
United States District Judge